# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131230 & (10)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARK WAYNE KAUFMAN,
      Defendant-Appellant.

SC: 131230
COA: 268154
Kalkaska CC: 98-001762-FH

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the March 30, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

Clerk

p1023